IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANOTRA BROWN, Independent
Administrator of the Estate of
DAVID BOYD,**

    **Plaintiff,**

v.

**ILLINOIS DEPARTMENT OF CORRECTIONS
DIRECTOR ROGER E. WALKER, et al.,**

    **Defendants.**                             **Case No. 07-cv-103-DRH**

## ORDER

**HERNDON, District Judge:**

      Previously, the Court had granted Plaintiff's request to delay entry of judgment in this case until June 30, 2007 (*see* Doc. 30).  On June 29, 2007, Plaintiff filed a Stipulation of Dismissal (Doc. 31), stating that the parties had fulfilled all terms of settlement and therefore requested this matter be dismissed with prejudice.  Thus, the Court **ACKNOWLEDGES** this Stipulation of Dismissal (Doc. 31) and hereby **DISMISSES WITH PREJUDICE** this case, each party to bear their own costs.  Judgment shall be entered accordingly and the Clerk is instructed to close the case file.

      **IT IS SO ORDERED**.

      Signed this 3rd day of July, 2007.

                                                /s/      David  RHerndon
                                                **United States District Judge**