# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANOTRA BROWN,**

    **Plaintiff,**

    **vs.**                      Cause No.  07-CV-103 DRH

**ROGER E. WALKER, et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

July 5, 2007                                      By:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/      David   RHerndon
                **U.S. DISTRICT JUDGE**